# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>RITA WITTER,<br><br>Defendant. | Case No. 18-mj-70787-MAG-1 (KAW)<br><br>Charging District: Western Wisconsin<br>Charging District's Case No.: 3:18-cr-00077-WMC-4 |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Robert W. Kastenmeier<br>United States Courthouse<br>120 North Henry Street, Room 320<br>Madison, WI 53703-4304 | Courtroom No.:<br><br>Date and Time: June 26, 2018 10:00 am |
|---|---|

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 6/13/18

_____
KANDIS A. WESTMORE
United States Magistrate Judge

FILED
JUN 1 3 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND